# United States Bankruptcy Court
## Eastern District of Virginia

In re **David L. Muirhead**                                                                   Case No. **10-11884**
                          Debtor(s)                                                           Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**

☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☐ Schedule C - Property Claimed as Exempt
☐ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* <u>Check applicable statement(s):</u>

  ☐ **Creditor(s) added**        ☐ **Creditor(s) deleted**
  ☐ **Change in amounts owed or classification of debt**
  ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**)
  ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**

☐ Schedule G- Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☒ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: **The Grout Medic, LLC, 2241 E. Continental Blvd, Suite 150, Southlake, TX 76092.**

Date: **April 24, 2010**

                                               **/s/ Scott Alan Weible, Esq.**
                                               Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                               State Bar No.: **75633**
                                               Mailing Address: **Scott Alan Weible, P.L.L.C.**
                                                                **The Haymarket Professional Building**
                                                                **14540 John Marshall Highway, Suite 201**
                                                                **Gainesville, VA 20155-1693**
                                               Telephone No.: **703-754-2092**

I, **David L. Muirhead** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **April 24, 2010**           **/s/ David L. Muirhead**

[amendcs ver. 10/2007]

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **David L. Muirhead**     Case No. **10-11884**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Bank Of America | **Describe Property Securing Debt:** <br> Boat: 2008 Tahoe Q5 Ski & Fish inboard motor boat with trailer. |
|---|---|

Property will be (check one):
    ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ■ Other. Explain **Not in arrears. Continue to make regular payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt       ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Chrysler Financial | **Describe Property Securing Debt:** <br> Auto: 2006 Dodge RAM 1500. Fair condition. Repossessed/Returned to lender 3/1/2010. <br> Location: Manassas Chrysler Plymouth, Manassas, VA 20110. |
|---|---|

Property will be (check one):
    ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

---

**Property No. 3**

| **Creditor's Name:** <br> Disney Vacation Dvlpmnt, Inc. | **Describe Property Securing Debt:** <br> Timeshare: Disney's Saratoga Springs Resort. <br> Location: Disney Saratoga Sprins Resort, 200 Celebration Place, Celebration, FL  34747. |
|---|---|

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ■ Other. Explain  **Not in arrears.  Continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** <br> JPMorgan Chase Bank, NA | **Describe Property Securing Debt:** <br> Debtor's Residence. <br> Location:  9622 Branchview Ct., Manassas, VA 20110. |
|---|---|

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  **Not in arrears.  Continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:** <br> SunTrust Bank | **Describe Property Securing Debt:** <br> Auto: 2006 Chevy Express G15 Cargo Van <br> fair condition <br> 48000 miles |
|---|---|

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ■ Other. Explain  **Not in arrears.  Continue to make regulary payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt        ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                             Page 3

---

**Property No. 6**

| **Creditor's Name:** <br> **SunTrust Bank** | **Describe Property Securing Debt:** <br> **Auto: 2007 Ford Econoline Cargo Van** <br> **fair condition** <br> **44,000 miles** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ■ Other. Explain   **Not in arrears. Continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 7**

| **Creditor's Name:** <br> **SunTrust Bank** | **Describe Property Securing Debt:** <br> **Auto: 2005 Chevy Silverado 1500, Fair condition. 80,000 miles.** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ■ Other. Explain   **Not in arrears. Continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 8**

| **Creditor's Name:** <br> **Synergy One FCU** | **Describe Property Securing Debt:** <br> **Auto: 2009 GMC Sierra Truck, with 3,000 miles.** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ■ Other. Explain   **Not in arrears. Continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)  Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**The Fauquier Bank** | **Describe Property Securing Debt:**<br>**Debtor's Residence.**<br>**Location: 9622 Branchview Ct., Manassas, VA 20110.** |

Property will be (check one):
 ☐Surrendered        ■Retained

If retaining the property, I intend to (check at least one):
 ☐Redeem the property
 ☐Reaffirm the debt
 ■Other. Explain  **Not in arrears.  Continue to make regular payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐Claimed as Exempt       ■Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit** | **Describe Property Securing Debt:**<br>**Auto: 2006 Chevy Express Cargo Van 2500.  Fair condition.**<br>**68000 miles.  Repossessed/returned to lender, 3/2/2010.**<br>**Location:  Capital City Towing, Woodbridge, VA.** |

Property will be (check one):
 ■Surrendered        ☐Retained

If retaining the property, I intend to (check at least one):
 ☐Redeem the property
 ☐Reaffirm the debt
 ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐Claimed as Exempt       ■Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit** | **Describe Property Securing Debt:**<br>**Auto: 2004 Ford Econoline Cargo Van 1500.  Fair condition.**<br>**90,000 miles.  Repossessed/returned to lender 3/2/2010.**<br>**Location:  L & K Towing, Centreville, VA.** |

Property will be (check one):
 ■Surrendered        ☐Retained

If retaining the property, I intend to (check at least one):
 ☐Redeem the property
 ☐Reaffirm the debt
 ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐Claimed as Exempt       ■Not claimed as exempt

B8 (Form 8) (12/08)                     Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**Auto: 2007 Ford Econoline Cargo Van 1500. Fair condition. 48,000 miles. Repossessed in the middle of the night by lender 2/27/2010.**<br>**Location: L & K Towing, Centreville, VA.** |

Property will be (check one):
    ■Surrendered                ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt               ■Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Disney Vacation Club** | **Describe Leased Property:**<br>**Contract with Disney Vacation Club for Timeshare at Disney's Saratoga Springs Resort**<br>**Contract No.: 7050687.000. Membership No.: 628490750831. Right to use expires 01/31/2054.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**The Grout Medic, LLC** | **Describe Leased Property:**<br>**Franchisee for The Grout Medic Franchise (Northern Virginia East). Signed 06/13/2006 - expires 06/13/2018.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**The Grout Medic, LLC** | **Describe Leased Property:**<br>**Franchisee on The Grout Medic franchise (Northern Virginia West). Signed 04/15/2007, expires 04/15/2019.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

B8 (Form 8) (12/08)                                                                                                     Page 6

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 24, 2010**              Signature  **/s/ David L. Muirhead**
                                                **David L. Muirhead**
                                                Debtor